UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

JOSEPH SANTO'S GONCALVES, JR.,

                              Plaintiff,

                              DECISION AND ORDER

                              02-CV-6630L

          v.

EDWARD R. DONNELLY, et al.,

                              Defendant.

_____

JOSEPH SANTO'S GONCLVES, JR.,

                              Plaintiff,

                              04-CV-6015L

          v.

JAMES L. BERBARY, et al.,

                              Defendants.

_____

JOSEPH S. GONCALVES, JR.,

                              Plaintiff,

          v.                            04-CV-6173L

SANDRA F. WILLIAMS, et al.,

                              Defendants.

_____

- 2 -

By letter motion dated July 15, 2005, plaintiff requests that the Court dismiss the above referenced civil rights complaints.  The motion is granted and all three cases are dismissed with prejudice pursuant to FED. R. CIV. P. 41(a)(2).

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
       July 19, 2005.